# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 22-mj-2381 |
| NATHANIEL MCDONALD | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 11, 2022 in the county of Robertson in the Middle District of Tennessee, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | communicating a threat in interstate commerce |

This criminal complaint is based on these facts:

Please see the attached statement in support of criminal complaint.

☑ Continued on the attached sheet.

/s/ Angelo DeFeo
*Complainant's signature*

FBI SA Angelo DeFeo
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 12.27.22

*Judge's signature*

City and state: NASHVILLE, TN

Jeffery S. Frensley, United States Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS IN SUPPORT OF A CRIMINAL COMPLAINT

1. Your affiant, Angelo DeFeo, is a Special Agent assigned to Memphis Field Office-Nashville Resident Agency of the Federal Bureau of Investigation (the "FBI"). In my duties as an FBI Special Agent, I investigate domestic terrorism violations and other threats of violent crime. As an FBI Special Agent, I am authorized by law to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

2. I make this affidavit in support of a criminal complaint charging Nathaniel MCDONALD with violations of 18 § U.S.C. 875(c), that is transmitting in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another.

3. The statements made in this affidavit are based on information from various sources including police reports, results of MCDONAD's cell phone review, interviews with MCDONALD, and a tip from the public.

## FACTS ESTABLISHING PROBABLE CAUSE

4. Nathaniel MCDONALD resides in Greenbrier, Tennessee. On or about November 11, 2022, the Robertson County Sheriff's Office (RCSO) received a tip from a friend of MCDONALD's that MCDONALD expressed wanting to commit a school shooting at Greenbrier Middle School. According to the friend, MCDONALD and the friend were "Facetiming" and MCDONALD stated he wanted to conduct a school shooting at Greenbrier Middle School because it was close to the road and had large windows that were big enough to shoot out and make entry into the school if the doors to the school were locked. Based on knowledge and experience, I know Facetime is mobile application accessed through the Internet or other instruments of interstate or foreign commerce to transmit data that allows the user to have a video picture or face-to-face conversation with another user.

5. MCDONALD's friend took the threat by MCDONALD seriously enough to contact law enforcement. MCDONALD's friend was later described to law enforcement by both MCDONALD and his mother as MCDONALD's best friend. When deputies from the Robertson County Sheriff's Office contacted MCDONALD, MCDONALD reiterated his desire to commit a school shooting at Greenbrier Middle School. Robertson County Sheriff's Office deputies made the decision to transport MCDONALD to a mental health facility for assessment. During transport to the facility, MCDONALD stated he had an issue with women, that he knew that most school shooters had been denied or rejected by women, and that their perceived failures with women was one of the reasons they committed the school shooting.

6. On or about November 29, 2022, while residing in an inpatient mental health facility in Dana Point, California, MCDONALD reported to the Orange County Sheriff's Office he had a plan to commit mass murder at a school or a sorority house. MCDONALD indicated to the staff at the facility that he planned to acquire a firearm from a retail store to commit the act. MCDONALD stated he knew about the "Incel" community and that he felt disrespected and inferior to women, thus he wanted to commit a school shooting at Greenbrier Middle School because it would cause the parents, specifically the women, the most trauma and grief.[1] MCDONALD stated seeing women happy and smiling made him angry.

7. On or about November 14, 2022, the Robertson County Sheriff's Office conducted a search warrant on MCDONALD's residence and seized his cell phone. An FBI review of the cell phone contents indicated MCDONALD searched "Adam Lanza" approximately 77 times.[2]

---

[1] "Incel" is an abbreviation for the term "Involuntarily Celibate." It is commonly defined as a member of an online community of young men who consider themselves unable to attract women sexually and one of its core tenets is that "Incels" are hostile toward women and men who are sexually active.

[2] Adam Lanza was the individual responsible for the Sandy Hook school shooting that took place in December of 2012.

MCDONALD searched "Adam Lanza school entrance" approximately four (4) times. Additionally, the cell phone review indicated MCDONALD searched "Salvador Ramos" approximately 52 times.[3] Based on MCDONALD's search history, FBI Nashville believes MCDONALD was conducted research on previous school shooting attacks. According to the FBI's Behavior Analysis Unit's presentation "Preventing Targeted Violence:"

> Preoccupation with past attacks or attackers is a pre-attack behavior. Oftentimes the potential offender researches past shooters in order to derive inspiration, validation, and operational guidance. By examining past attacks this can help to justify the contemplated act while normalizing feelings of hostile intent, all while demonstrating that violence can generate desired levels of infamy and notoriety.

8. On or about December 12, 2022, the Robertson County Sheriff's Office was notified that MCDONALD would be released from the inpatient mental health facility and returning to Tennessee. In response to the threats conveyed by MCDONALD, Robertson County Sheriff's Office increased the number of School Resource Officers (SROs) to three deputies at all the Greenbrier schools. Additionally, SROs were tasked with conducting perimeter and door checks on a regular basis. The Greenbrier Police Department had assigned two unmarked police units to patrol the perimeter and immediate areas during both morning arrival, and afternoon dismissal times.

9. Based on the foregoing, your affiant submits that there is probably cause to believe Nathaniel MCDONALD violated 18 U.S.C. § 875(c) by transmitting in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another.

---

[3] Salvador Ramos was the individual responsible for the Uvalde, Texas school shooting that took place in May of 2022.