# UNITED STATES DISTRICT COURT
## for the
## Middle District of Tennessee

| United States of America | ) |
| :--- | :--- |
| v. | ) |
| NATHANIEL MCDONALD | ) Case No. 22-mj-2381 |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     NATHANIEL MCDONALD                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. 875(c) - communicating a threat in interstate commerce

Date: 12.27.22
                                                                          *Issuing officer's signature*

City and state:   Nashville, TN                    Jeffery S. Frensley, United States Magistrate Judge
                                                                          *Printed name and title*

### Return

This warrant was received on *(date)* 12/27/22, and the person was arrested on *(date)* 12/28/22
at *(city and state)* Nashville, TN

Date: 12/28/22
                                                                          *Arresting officer's signature*

                                                                          Angelo DeFeo, Special Agent
                                                                          *Printed name and title*