**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JAN 23 2023



UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:23-00009    DEPUTY CLERK |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 875(c) |
| NATHANIEL MCDONALD | ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about November 11, 2022, in the Middle District of Tennessee, **NATHANIEL MCDONALD** did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, to wit: a FaceTime call with T.L. during which he said he wanted to commit a school shooting in order to injure individuals at the Greenbrier Middle School, located in Greenbrier, Tennessee.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

JOSH KURTZMAN
ASSISTANT UNITED STATES ATTORNEY