CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment (**X**)
Complaint ( )
Information ( )
Felony (**X**)
Misdemeanor ( )
Juvenile ( )

County of Offense: Robertson
AUSA's NAME: Josh Kurtzman

Reviewed by AUSA: __JK__
(Initials)

Nathaniel McDonald
Defendant's Full Name

Defendant's Address

Interpreter Needed? ___ Yes _X_ No
If Yes, what language? _____

Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| I | 18 U.S.C. § 875(c) | Communicating a threat in interstate commerce | Maximum of 5 years imprisonment | $250,000 |

Is the defendant currently in custody? Yes (X)   No ( )   If yes, State or **Federal**?   Writ requested (**N/A**)

Has a complaint been filed?   Yes   (X)   No   ( )
 If Yes:   Name of the Magistrate Judge __Frensley__   Case No.: __22-mj-2381__
 Was the defendant arrested on the complaint?   Yes ( )   No ( )

Has a search warrant been issued?   Yes ( )   No (X)
 If Yes:   Name of the Magistrate Judge _____   Case No.: _____

Was bond set by Magistrate/District Judge? Yes ( )   No ( )   Amount of bond: _____

Is this a Rule 20? Yes ( )   No (X)   To/from what district? _____
Is this a Rule 40? Yes ( )   No (X)   To/from what district? _____

Estimated trial time:   __3 Days__

The Clerk will issue a ~~Summons~~/**Warrant** (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes (**X**)   No ( )   Recommended conditions of release: _____