IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:23-cr-00009 |
| | ) | |
| NATHANIEL MCDONALD | ) | JUDGE FRENSLEY |

## GOVERNMENT'S MOTION FOR DETENTION

Pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 3143(a), the Government moves to have the defendant detained pending supervised release revocation proceedings in this matter on the basis that there are no conditions or combination of conditions that will assure the appearance of the defendant and the safety of any other person and the community.

Under Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, the burden of establishing by clear and convincing evidence that the defendant does not pose a danger to others and will not flee rests with the defendant. Upon such a showing by the defendant, the Court may release the defendant under 18 U.S.C. § 3143(a)(1).

Defendant is currently subject to revocation of his term of supervised release based upon the alleged violations contained in a Superseding Petition for a Warrant for an Offender Under Supervision signed by Chief Judge Campbell on June 24, 2025. The Defendant is a serious danger to himself and members of the community and, based on his self-professed desire to harm himself and others, poses a serious risk of non-appearance. The Government requests that the Court continue the detention hearing for three days.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney

By:   /s/ Joshua A. Kurtzman
JOSHUA A. KURTZMAN
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 401-6617
joshua.kurtzman@usdoj.gov