UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:23-cr-00009 |
| | ) | Chief Judge Campbell |
| NATHANIEL McDONALD | ) | |

## MOTION TO CONTINUE HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, Joshua Kurtzman, and respectfully requests a continuance of the Hearing to Revoke the Defendant's Conditions of Supervised Release scheduled for August 14, 2025 at 10:00 a.m.

The United States moves for a continuance of the scheduled hearing due to the fact that the undersigned was unexpectedly required to be on military leave August 12 – 15. The undersigned will confer with opposing counsel to propose new dates.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney
for the Middle District of Tennessee

*/s Joshua Kurtzman*
Joshua Kurtzman
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
(615)736-5151

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served through the Court's Electronic Filing System on G. Kerry Haymaker, attorney for defendant, on August 5, 2025.

*/s Joshua Kurtzman*
Joshua Kurtzman
Assistant U. S. Attorney